United States District Court

For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    RUSSELL CITY ENERGY COMPANY, LLC,
                                                    No. C 14-03102 JSW
10            Plaintiff,

11       v.                                         **ORDER REQUESTING
                                                    SUPPLEMENTAL BRIEFING**
12   CITY OF HAYWARD,                               **AND CONTINUING HEARING
                                                    DATE**
13            Defendant.
                                              /
14

15          This matter comes before the Court upon consideration of the motion to dismiss filed by

16   the City of Hayward ("Hayward").  The Court is no longer available for a hearing on October

17   10, 2014.  Accordingly, the Court CONTINUES the hearing to October 31, 2014 at 9:00 a.m.

18   However, if it determines that the motion is suitable for disposition without oral argument, it

19   shall notify the parties in advance of the hearing.  If the parties are unavailable on October 31,

20   2014, the parties may submit a request to continue the hearing to an open and available date in

21   December.  Alternatively, the Court would consider a request to move the hearing to October

22   17, 2014.

23          The Court FURTHER ORDERS supplemental briefing from Plaintiff as set forth in this

24   Order.  One of the issues raised by Defendant's motion to dismiss is the interpretation of the

25   following contract provision (the "Payment Clause"):

26          [T]he Parties acknowledge that payments to be made by [RCEC] as
            contemplated in this Agreement comprise all payments to be made to the
27          City by [RCEC] . . . in connection with the development, construction,
            ownership and operation of [the Energy Center] and the City shall not
28          impose any other levies, fees, taxes, contributions, or charges on [RCEC] . .
            . *other than such levies, fees, taxes, contributions, or charges generally
            applicable to similarly situated owners of real property located in the City.*

United States District Court

For the Northern District of California

1     Plaintiff argues that the Court cannot dismiss this case on a motion to dismiss, because

2   the parties have competing interpretations of the Payment Clause, each of which are reasonable.

3   Plaintiff acknowledges the emphasized language, but its argument about the proper

4   interpretation of the Payment Clause boils down to an assertion that it is not required to pay the

5   tax at issue.  Plaintiff has neither clearly argued why it believes the Payment Clause to be

6   ambiguous nor clearly proffered its competing interpretation of the Payment Clause.

7     Accordingly, by no later than October 8, 2014, Plaintiff shall file a supplemental brief

8   that is no longer than two (2) pages, that clearly sets forth its position on those two issues.

9   There shall be no further response from Defendant, unless otherwise ordered by the Court.

10     **IT IS SO ORDERED.**

11

12   Dated: October 1, 2014                                          _____

13                                                                   JEFFREY S. WHITE
                                                                     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2