IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL CITY ENERGY COMPANY, LLC,

    Plaintiff,

    v.

CITY OF HAYWARD,

    Defendant.

No. C 14-03102 JSW

**ORDER OF REFERRAL AND VACATING HEARING**

On November 26, 2014, Defendant filed a motion for attorney's fees, which it noticed for a hearing on February 13, 2015. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion for attorney's fees to a randomly assigned Magistrate Judge for purposes of preparing a report and recommendation. In light of the referral, the Court VACATES the hearing date, but does not vacate the briefing schedule triggered by the filing of the motion. If the parties have not received a notice of assignment within fourteen (14) days, please contact the Court's Courtroom Deputy, Jennifer Ottolini, at 510-637-3541.

**IT IS SO ORDERED.**

Dated: December 1, 2014

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE