**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL CITY ENERGY COMPANY, LLC,   No. C-14-03102 JSW (DMR)

        Plaintiff(s),   **ORDER TAKING DEFENDANT'S MOTION FOR ATTORNEYS' FEES UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

    v.

CITY OF HAYWARD,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendant City of Hayward's motion for attorneys' fees (Docket No. 40), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the February 12, 2015 hearing on the motion is hereby VACATED.  The court will issue a written report and recommendation on the motion.

    IT IS SO ORDERED.

Dated: February 3, 2015



DONNA M. RYU
United States Magistrate Judge