IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL CITY ENERGY COMPANY, LLC,

    Plaintiff,

v.

CITY OF HAYWARD,

    Defendant.

No. C 14-03102 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR ATTORNEYS' FEES**

Now before the Court for consideration is the Report and Recommendation (the "Report") regarding Defendant's motion for attorney's fees, prepared by Magistrate Judge Donna M. Ryu. The time for filing objections has passed, and neither party has submitted objections. The Court has considered the Report and it finds it through and well reasoned. Accordingly, the Court adopts its findings that the Court lacks jurisdiction over the motion and, in the alternative, that if it had jurisdiction, the motion should be denied for the reasons set forth in the Report.

    **IT IS SO ORDERED.**

Dated: March 4, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE